

FILED

05/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0225

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0225

JORY STRIZICH,

Petitioner,

v.

MONTANA DEPARTMENT OF CORRECTIONS,
MONTANA STATE PRISON, and their Agents,

Respondents.

FILED

MAY 05 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Jory Strizich has filed a Petition for a Writ of Injunction, pointing out that he is without any other adequate remedy at law; that the State is a party; and that the constitutional issues at question are in the public interest. *Barrus v. First Judicial Dist. Ct.*, 2020 MT 14, ¶ 21, 398 Mont. 353, 456 P.3d 577. Strizich is incarcerated in the Montana State Prison (MSP), and he is housed in the restricted housing unit (RHU), where he spends about twenty-two hours a day in his cell. Strizich asserts that the prison officials have shown deliberate indifference to his health and well-being during this COVID-19 pandemic. Strizich requests that this Court appoint him counsel.

Presenting many facts in his petition, Strizich contends that the Department of Corrections (DOC) and specifically MSP's officials are not doing enough to limit the spread of the novel coronavirus within the facility. He seeks to enjoin both practices of prison officials carrying gloves in their back pockets and of inmates sharing coats before going outside. Strizich points out that future harm may be considered under injunctive relief and that "a remedy for unsafe conditions need not await a tragic event." *Helling v. McKinney*, 509 U.S. 25, 33, 113 S. Ct. 2475, 2481 (1993). Strizich alleges that what the prison guards have done amounts to deliberate indifference, the subjective factor of an alleged Eighth Amendment violation. *Helling*, 509 U.S. at 31-34, 113 S. Ct. at 2480-81.

This Court declines to consider Strizich's instant writ. Strizich presents a fact-intensive matter that is not suitable for this Court's original jurisdiction. His writ must "be commenced and conducted in the manner prescribed by" Montana's statutes. M. R. App. P. 14(2); §§ 27-19-101 through 27-19-406, MCA. Strizich should seek injunctive relief in the Powell County District Court, which would be the more appropriate forum for his deliberate indifference claim. Section 27-19-101 and 27-19-301(1), MCA. *Barrus* is distinguishable because this Court had an Order mandating involuntary medication from the Lewis and Clark County District Court. *Barrus*, ¶ 1. His claims do not meet the statutory standard for injunctive relief nor the emergency nature of the circumstances under *Barrus*. *Barrus*, ¶¶ 21-22. Therefore,

IT IS ORDERED that Strizich's Petition for a Writ of Injunction is DENIED and DISMISSED without prejudice.

IT IS FURTHER ORDERED that Strizich's Request to Appoint Counsel is DENIED, as moot.

The Clerk is directed to provide a copy of this Order to counsel of record and to Jory Strizich personally.

DATED this 5 day of May, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2